IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUSTIN ALI DOROBATI                                                    PETITIONER

    V.                 Civil No. 05-3005

LARRY NORRIS, DIRECTOR,
ARKANSAS DEPARTMENT OF
CORRECTION                                                                RESPONDENT

**O R D E R**

On this 28th day of December 2005, there comes on for consideration the report and recommendation (Doc. 9) filed in this case on November 29, 2005, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2254 petition is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                              /S/JIMM LARRY HENDREN
                                                              JIMM LARRY HENDREN
                                                              UNITED STATES DISTRICT JUDGE